K & B Supply Company, Inc., Respondent, v. Jack M. Telford et al., Appellants.— Order unanimously reversed, without costs, and motion for consolidation granted, the consolidated action to take the place on the Erie County Trial Calendar of the mechanic's lien foreclosure action. Memorandum: The law and equity actions commenced herein presenting common questions of law and fact are so related that one trial of both causes of action is desirable and necessary. The Justice presiding at the jury trial of the legal cause of action and counterclaim should try and determine the equitable cause of action and counterclaim. (See *Vinlis Constr. Co.* v. *Roreck,* 23 A D 2d 895.) (Appeal from order of Erie Special Term, denying motion for consolidation or joint trial.) Present — Bastow, P. J., Goldman, Marsh, Witmer and Henry, JJ.

In the Matter of Jerome A. Redmond, Petitioner, v. Christopher Terrence, Acting Commissioner of the Department of Mental Hygiene, State of New York, et al., Respondents. — Motion granted and appeal dismissed, without costs. Memorandum: While we are entering a further order dismissing the appeal we point out that this appeal was automatically dismissed by the provision in our order of June 29, 1967 and the failure of appellant to comply with the condition therein stated or to move to extend his time to do so.

In the Matter of Nina M. Hathaway, as Administratrix of the Estate of Ronald S. Hathaway, Deceased. — Motion for stay denied. (see CPLR 5519, subd. [a], par. 2.)